EDWARD SCHROEDER, Respondent, *v.* RODNEY HITT et al., Copartners under the Firm Name of HITT, FARWELL & Co., Appellants.

(Submitted March 9, 1933; decided April 11, 1933.)

*Roger Hinds* and *George E. Walton* for appellants.

*Alfred Ekelman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.